SCWC-13-0001659

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————————————

FRANCIS M. SHYANGUYA, Petitioner/Appellant-Appellant,

vs.

EMPLOYMENT SECURITY APPEALS REFEREES' OFFICE; MR. ALAN WONG,
APPEALS OFFICER, Respondents/Appellees-Appellees,

and

THE RITZ-CARLTON HOTEL CO., LLC,
Respondent/Real Party-In-Interest Employer/Appellee-Appellee.

———————————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001659; CIV. NO. 13-1-0149)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Appellant Francis M. Shyanguya's

amended application for writ of certiorari filed on May 19, 2014,

is hereby rejected.

DATED:  Honolulu, Hawai'i, June 6, 2014.

Francis M. Shyanguya,
petitioner pro se

Robyn M. Kuwabe for
respondents ESARO and
Appeals Officer

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

